UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,

                              Plaintiff,

vs.

NESTLE HEALTHCARE NUTRITION, INC.,

                              Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-01336-LJL

**NOTICE OF SETTLEMENT**

     Plaintiff Robert Weekes ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Nestle Healthcare Nutrition, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

     1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

     2.    The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: May 12, 2022                    **MIZRAHI KROUB LLP**

                                                                   /s/ Edward Y. Kroub
                                                                 EDWARD Y. KROUB

- 2 -

        EDWARD Y. KROUB
        JARRETT S. CHARO
        WILLIAM J. DOWNES
        200 Vesey Street, 24th Floor
        New York, NY  10281
        Telephone:  212/595-6200
        212/595-9700 (fax)
        ekroub@mizrahikroub.com
        jcharo@mizrahikroub.com
        wdownes@mizrahikroub.com

*Attorneys for Plaintiff*